443 A.2d 372

Commonwealth v. Hipszer, Appellant.

Submitted March 21, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald R. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.